# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:11-CV-00406-RWS-RSP |
| | § | |
| BOK FINANCIAL CORP. ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Report and Recommendation (Docket No. 189) of the Magistrate Judge recommending the Court (1) lift the stay entered on September 19, 2013, and (2) enter judgment in favor of Defendant SCVNGR, Inc. dismissing Traffic Information, LLC's claims and granting its Counterclaim of invalidity as to U.S. Patent 6,466,862. No party has objected to the Report and Recommendation.

On September 19, 2013, the Magistrate Judge stayed this litigation after invalidation of all asserted claims by the Patent Trial and Appeal Board. Docket No. 169. On January 20, 2015, the Federal Circuit summarily affirmed the PTAB's decision concerning invalidity. SCVNGR then moved for judgment on the pleadings. Docket No. 180. Traffic did not substantively respond. Docket No. 185 (cross-moving for dismissal with prejudice of all claims and counterclaims pursuant to Fed. R. Civ. P. 41).

Having reviewed the parties' briefing and the Magistrate Judge's report, the Court concludes the recommendation is correct. The Court therefore **ADOPTS** the Report and Recommendation (Docket No. 189) and **GRANTS** SCVNGR, Inc.'s Motion to Lift Stay & Enter Judgment (Docket No. 180).

The Court therefore **LIFTS** the stay in this case, **DISMISSES** all counts asserted in the Complaint (Docket No. 1) by Plaintiff against SCVNGER, Inc., and **ADJUDGES** all patent claims asserted by Plaintiff against SCVNGER, Inc. to be invalid.

**SIGNED this 9th day of January, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE